**FILED**

FEB 28 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )     Case No. 12 B 44008
     ANTOINETTE BENISON                   )
                                          )
                                          )
                                          )     Chapter 13
           Debtor.                        )
                                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEVENFELD PEARLSTEIN LLC, ATTORNEYS FOR 1160 SOUTH PLYMOUTH COURT CONDOMINIUM ASSOCIATION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $4,542.25 | TOTAL COSTS REQUESTED: | $267.50 |
| TOTAL FEES REDUCED: | $2,503.74 | TOTAL COSTS REDUCED: | $18.90 |
| TOTAL FEES ALLOWED: | $2,038.51 | TOTAL COSTS ALLOWED: | $248.60 |

**TOTAL FEES AND COSTS ALLOWED: $2,287.11**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)    **Unreasonable Time**

       The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

       As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(7)    **Lumping**

       The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by

"lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: February 28, 2013

                                                                                  Eugene R. Wedoff
                                                                                  United States Bankruptcy Judge

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended |
|---|---|---|---|---|---|---|

**Component Type: Soft Costs**    $.10   1.40

| 11/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 14.00 | 0.25  /u×  | 3.50   -2.10 |
| 11/7/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25   -.15 |
| 11/14/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 2.00 | 0.25 | 0.50   -.30 |
| 11/14/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25   -.15 |
| 12/3/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Pacer - Bankruptcy Database Search Fee. | PAC | 1.00 | 0.25 | 0.25   -.15 |
| 12/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 24.00 | 0.25 | 6.00   -3.6 |
| 12/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Pacer - Bankruptcy Database Search Fee. | PAC | 2.00 | 0.25 | 0.50   -.30 |
| 12/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Pacer - Bankruptcy Database Search Fee. | PAC | 25.00 | 0.25 | 6.25   -3.75 |
| 12/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Pacer - Bankruptcy Database Search Fee. | PAC | 43.00 | 0.25 | 10.75   -6.45 |
| 12/21/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 2.00 | 0.25 | 0.50   -.3 |
| 12/26/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25   -.15 |

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended | |
|---|---|---|---|---|---|---|---|
| 12/27/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25 | -.15 |
| 1/10/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25 | -.15 |
| 1/25/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 2.00 | 0.25 | 0.50 | -.30 |
| 1/31/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25 | -.15 |
| 2/1/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25 | -.15 |
| 2/6/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 1.00 | 0.25 | 0.25 | -.15 |
| 2/8/2013 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Duplicating Charges | DUP | 3.00 | 0.25 | 0.75 | -.45 |
| | | Component Type: Soft Costs | | 126.00 | | 31.50 | -18.90 |

11

**Component Type: Hard Costs**

| 12/5/2012 | | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Advance to: Clerk of the Cook County Court | CRT | 1.00 | 60.00 | 60.00 |
|---|---|---|---|---|---|---|
| 1/11/2013 | AEN | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Electronic Advance Court Filing Fee - Motion to Lift<br>Bankruptcy Stay | ECRT | 1.00 | 176.00 | 176.00 |
| | | Component Type: Hard Costs | | 2.00 | | 236.00 |

**Component Type: Fees**

| 11/7/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for trial; enter continuance order; | T | 1.00 | 260.00 | 260.00 | $130<br>~~$10~~ |
|---|---|---|---|---|---|---|---|

2/14/2013 11:01 AM                                                                                                               Page: 2

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended |
|---|---|---|---|---|---|---|
| | | correspondence to management regarding same. | | | | *-35.00* |
| 11/9/2012 | AEN | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Generate updated transaction fee report; Review updated transaction report; Update Attorney Fee Petition and Order for Possession. | T | 0.50 | 175.00 | 87.50<br>*8.75* |
| 11/14/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for trial; enter order of possession and money judgment; correspondence to management regarding same. | T | 1.00 | 260.00 | 260.00 |
| 12/3/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Teleconference with unit owner's attorney regarding bankruptcy; review Notice of Bankruptcy filing; draft correspondence to management regarding same. | T | 0.25 | 260.00 | 65.00 |
| 12/5/2012 | AEN | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Draft Motion to Vacate Judgement; Research all previous bankruptcies filed by Ms. Benison; Draft Proof of Claim and file electronically with the Northern Bankruptcy Court. | T | 1.00 | 175.00 | 175.00<br>*17.50* |
| 12/5/2012 | IK | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>File Motion to Vacate Judgment - the Municipal Division of the Cook County.<br>Obtain date for the hearing from the Municipal Division of the Cook County. | T | 0.50 | 115.00 | 57.50<br>*-57.50 clerical* |
| 12/5/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Obtain from the Public Access to Court Electronic Records the bankruptcy documents for unit owner for 5 past bankruptcy filings. | T | 0.25 | 260.00 | 65.00<br>*-65.00 clerical* |
| 12/6/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Review of Proof of Claim for bankruptcy prepared by paralegal; research issue of repeated bankruptcy filings by unit owner and consequences; review of bankruptcy petition; discuss with L. Vandesteeg; teleconference with bankruptcy trustee and EDV | T | 2.00 | 260.00 | 520.00<br>*195.00 stet*<br>*52* |

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended |
|---|---|---|---|---|---|---|
| | | regarding serial bankruptcy filings; draft correspondence to management regarding same. | | | | |
| 12/6/2012 | EBV | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Analysis regarding potential serial filer in bankruptcy issues; call with Chapter 13 trustee regarding same; review and analyze Chapter 13 plan and proposed treatment of Association thereunder; conference with J. O'Reilly regarding same. | T | 0.40 | 340.00 | 136.00 |
| 12/10/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Receipt and review of correspondence from management regarding assessments owed and bankruptcy; draft correspondence to management regarding same. | T | 0.50 | 260.00 | 130.00 |
| 12/21/2012 | IK | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Expedite the delivery of the courtesy copy to the Judges Chambers for review at the Cook County Court. | T | 0.25 | 115.00 | 28.75 |
| 12/26/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Receipt of payment from bankruptcy trustee; review check for restrictive language; draft correspondence to management regarding same. | T | 0.25 | 260.00 | 65.00 |
| 12/27/2012 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for Motion to Vacate Judgment; enter continuance order for further status on post bankruptcy assessments; correspondence to management regarding same. | T | 1.00 | 260.00 | 260.00 |
| 1/10/2013 | AEN | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Review bankruptcy docket to determine assigned judge; verify court date with J. O'Reilly and Judge's schedule; Verify value of collateral; draft Proposed Order and Required Statement to accompany Motion to Lift Stay for A. Benison; draft Service List for Motion to Lift Stay; Prepare exhibits; electronic court filing via Pacer for Motion to Lift Stay and all accompanying documents. | T | 1.75 | 185.00 | 323.75 |

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended |
|---|---|---|---|---|---|---|
| 1/10/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Review of Motion to Lift Bankruptcy Stay prepared by paralegal. | T | 0.25 | 275.00 | 68.75 |
| 1/23/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Receipt of payment from bankruptcy trustee; review check for restrictive language; draft correspondence to management regarding same. | T | 0.25 | 275.00 | 68.75 |
| 1/31/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for Motion to Lift Bankruptcy Stay; enter continuance order because of payment and review of ledger; correspondence to management regarding same. | T | 1.00 | 275.00 | 275.00 |
| 2/6/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for trial; enter continuance order for status of Motion to Lift Bankruptcy Stay; correspondence to management regarding same. | T | 1.00 | 275.00 | 275.00 |
| 2/7/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Research bankruptcy law re: lifting stay and equity in property; discuss with P. O'Connor; discuss with L. Vandesteeg. | T | 1.00 | 275.00 | 275.00 |
| 2/8/2013 | AEN | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Review bankruptcy docket to determine assigned judge; verify court date with J. O'Reilly; Draft Proposed Order and Required Statement to accompany Amended Motion to Lift Stay for Ms. Benison; draft Service List for Amended Motion to Lift Stay; Prepare exhibits; electronic court filing via Pacer for Motion to Lift Stay and all accompanying documents. | T | 0.75 | 185.00 | 138.75 |
| 2/8/2013 | EBV | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Review of motion to lift-stay, debtor's petition and debtor's plan analyzing issues regarding grounds for lifting of stay (cause and/or lack of equity in the property); various conferences with J. O'Reilly | T | 1.70 | 350.00 | 595.00 |

# Transactions Fee Petition Billed Report - Condos

Matter ID = Ask User ('Matter ID') and Date >= Ask User ('Start Date')

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Hours | Price | Extended |
|---|---|---|---|---|---|---|
| | | regarding same. | | | | |
| 2/14/2013 | JLO | 10174-49895 / 1169 South Plymouth Court<br>BENISON, ANTOINETTE - UNIT 305 (EVICTION)<br>Appear in Court for Motion to Lift Bankruptcy Stay; enter continuance order for payment on late fees and attorney fees; correspondence to management regarding same; review ledger; prepare letter to debtor's attorney re: same. | T | 1.50 | 275.00 | 412.50 |
| | | | Component Type: Fees | 18.10 | | 4,542.25 |
| | | | Grand Total | 146.10 | | 4,809.75 |

Handwritten annotations: "2" (left margin); "275.00" (near 412.50 entry)